UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 9 2002

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | Civil Action B-02-141 |
| | § | |
| Melda Lena Hernandez | § | |

CERTIFICATE OF INTERESTED PERSONS

The United States of America hereby files its Certificate of Interested Persons.

1. Plaintiff, the United States of America

2. Defendant, Melda Lena Hernandez

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant along with a copy of the Court's Order for Conference and Disclosure of Interested Parties by regular mail on this 25th day of July, 2002.

_____