United States District Court
Southern District of Texas
FILED

SEP 3 0 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-02-141 |
| Melda Lena Hernandez | § | |

## MOTION TO DISMISS

The United States of America moves to dismiss this action without prejudice with the parties bearing their own costs..

The United States has been unable to locate defendant to serve.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____

J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all counsel of record on this 27th day of September, 2002 in accordance with the Federal Rules of Civil Procedure.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-02-141 |
| Melda Lena Hernandez | § | |

ORDER OF DISMISSAL

On the United States of America's motion to dismiss, this Civil Action is dismissed without prejudice with the parties bearing their own costs.

Signed _____, 2002, at Brownsville, Texas.


_____
United States District Judge