UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
OCT 0 4 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | Civil Action B-02-141 |
| | § | |
| Melda Lena Hernandez | § | |

ORDER OF DISMISSAL

On the United States of America's motion to dismiss, this Civil Action is dismissed without prejudice with the parties bearing their own costs.

Signed _____, 2002, at Brownsville, Texas.

_____
United States District Judge